No. 12–7546.   J. O. v. C. L. S.   Ct. App. Colo.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* granted, and the order entered February 19, 2013, [*ante*, p. 1155,] is vacated.   Certiorari denied.

No. 12–7559.   McCORVEY v. YOUNG, WARDEN.   C. A. 5th Cir. Certiorari denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8777.   HERNANDEZ v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8879.   HAYES v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6970.   BAYENE v. FARMLAND FOODS, INC., *ante*, p. 1102;
No. 12–7221.   GIBSON v. FLORIDA, *ante*, p. 1129;
No. 12–7257.   BROWN v. GRAY, COMMANDANT, UNITED STATES DISCIPLINARY BARRACKS, FORT LEAVENWORTH, *ante*, p. 1107;
No. 12–7442.   BOWER v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante*, p. 1147; and
No. 12–8015.   SMITH v. UNITED STATES, *ante*, p. 1180.   Petitions for rehearing denied.